UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CURLEY JOHN BROUSSARD, JR., | ) | No. CV 08-7864 RGK (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| DERRAL G. ADAMS (Warden), et al. | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 7, 2009

*/s/ Gary Klausner*

R. GARY KLAUSNER
United States District Judge